[No. 59472-9-I. Division One. June 9, 2008.]

*In the Matter of the Parentage of* R.J.

JOSHUA JOHNSON, *Petitioner*, v. NICOLE JOHNSON, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 02-5-00100-2, John M. Meyer, J., entered December 28, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59562-8-I. Division One. June 9, 2008.]

JEFFREY A. BURGESS, *Appellant*, v. THE DEPARTMENT OF HEALTH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-09525-3, John P. Erlick, J., entered January 29, 2007. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Leach, JJ.

[No. 59678-1-I. Division One. June 9, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONEL FERNANDO CORTEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-02732-7, Ronald L. Castleberry, J., entered February 21, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59726-4-I. Division One. June 9, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTWOINE D. PARMER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-05674-1, Michael S. Spearman, J., entered March 20, 2007. *Affirmed* by unpublished per curiam opinion.